IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No.: 7:23-cv-1463-D-KS

| | |
|---|---|
| TRACY SCOTT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LOCKLEAR AND SON DRYWALL, INC. )<br>and ABC FRAMING AND DRYWALL, )<br>LLC, )<br>)<br>Defendants. ) | **ORDER ON MOTION TO<br>WITHDRAW AS COUNSEL** |

Pursuant to Local Civil Rule 5.2(e), the Motion to Withdraw is hereby GRANTED and Counsel Andrew K. McVey and the firm Murchison, Taylor & Gibson, PLLC's appearance for Defendants Locklear and Son Drywall, Inc. and ABC Framing and Drywall, LLC ("Clients") in this action are terminated. With regard to Clients' continued representation, the court ORDERS as follows:

_____ For individual parties: Within 21 days of the filing date of this order, Client must file a notice of self-representation or cause new counsel to file a notice of appearance.

✓ For entity parties: Within 21 days of the filing date of this order, Client must cause new counsel to file a notice of appearance. Pursuant to Local Civil Rule 5.2(b)(2), no corporation, limited liability company, partnership, trust, or association may appear pro se, but must be represented by an attorney who is admitted to practice in this court.

A party that fails to file a notice of self-representation or cause new counsel to file a notice of appearance may be subject to sanctions, including but not limited to dismissal or default

judgment. A self-represented party is responsible for being familiar and complying with all applicable rules and pending deadlines in this action.

SO ORDERED. This the 5 day of August, 2024.

                                            JAMES C. DEVER III
                                            United States District Judge