IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-1463-D

TRACY SCOTT,                              )
                                          )
            Plaintiff,                    )
                                          )
      v.                                  )          ORDER
                                          )
LOCKLEAR AND SON DRYWALL, INC.,           )
et al.,                                   )
                                          )
            Defendants.                   )

On December 8, 2023, defendants filed an answer to plaintiff's complaint [D.E. 9]. Thus,

the court DENIES plaintiff's motion for entry of default [D.E. 27]. Moreover, in light of this

court's order of May 21, 2025 [D.E. 29], the court DENIES AS MOOT plaintiff's motion to deny

defendants' request to appear pro se [D.E. 28].

SO ORDERED. This 12 day of June, 2025.

JAMES C. DEVER III
United States District Judge